Reed W. Larsen - Idaho State Bar #3427
COOPER & LARSEN, CHARTERED
151 North Third Avenue, Second Floor
P.O. Box 4229
Pocatello, ID 83205-4229
Telephone: (208) 235-1145
Facsimile: (208) 235-1182
reed@cooper-larsen.com

*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHARON A. HERRIDGE, | Case No: _____ |
| Claimant, | |
| vs. | **VERIFIED COMPLAINT** |
| LEIF T. SIRMAN and the FEDERAL BUREAU OF INVESTIGATION, | |
| Respondents. | |

COMES NOW Plaintiff, Sharon A. Herridge, by and through the undersigned counsel, and for a cause of action against the above-named Defendants, states and alleges as follows:

### INTRODUCTION

1. At all times material herein, Plaintiff Sharon A. Herridge is an adult citizen of the United States, who currently resides in Pocatello, Bannock County, Idaho.

2. At all times material herein, Defendant Leif T. Sirman is an adult citizen of the United States, who currently resides in Pocatello, Bannock County, Idaho.

3. At all times material herein, the Federal Bureau of Investigation ("FBI") is a bureau of the Department of Justice of the United States and is a U.S. Government defendant.

## JURISDICTION AND VENUE

4.     Jurisdiction and venue are proper in this Court under 28 U.S. Code § 1346 and 28 U.S.C. § 1402.

## GENERAL ALLEGATIONS AND CAUSE OF ACTION

5.     On December 15, 2015, at approximately 8:30 a.m., Plaintiff was a passenger in her 2009 Toyota Camry which was being driven by her husband. Mr. and Mrs. Herridge were stopped at a stoplight at the intersection of Flandro Drive and Yellowstone Avenue in Pocatello, Idaho, and were stopped in the lefthand turning lane waiting to turn left onto Yellowstone Avenue. FBI employee Defendant Leif Sirman was traveling southbound on Flandro Drive in the right hand lane. As Mr. Sirman negotiated the curve on Flandro Drive his vehicle slid into the passenger side of the Plaintiff's car. Defendants' vehicle hit Plaintiff's car with such force that Plaintiff's vehicle was propelled forward and crashed not only into the vehicle in front of it, but also hit the vehicle that was on the left side of it. As result of the impacts, Plaintiff's body was propelled forward and sideways violently. The airbags in Plaintiff's car did not deploy, and Plaintiff was thrown into the passenger side door hitting her right jaw and right shoulder. Plaintiff's vehicle was totaled.

## FIRST CAUSE OF ACTION – NEGLIGENCE/AND NEGLIGENCE PER SE

(Leif Sirman)

6.     Plaintiff incorporates by reference the preceding paragraphs as if set forth in full herein.

7.     On the date of the accident that is the subject of this case, Defendant Sirman operated the FBI vehicle in a negligent manner, and negligent per se manner, such that he caused the collision with Plaintiff's car.

8. Defendant Sirman owed a duty to obey the laws and rules of the road for the State of Idaho, including but not limited to Idaho Code § 49-654(1) – traveling at a speed greater than is reasonable and prudent.

9. Defendant Sirman further owed a duty to operate the vehicle in a reasonable and safe manner, and in a manner consistent with the safety of others traveling on the roadways, including Sharon Herridge.

10. Defendant Sirman breached one or more of the aforesaid duties when he caused the collision that injured Plaintiff and totaled her vehicle.

11. As a direct and proximate result of Defendant Sirman's breach and his negligent acts and/or omissions, Plaintiff has incurred general and special damages, including pain and suffering in an amount to be proven at trial; medical expenses in an amount to be proven at trial; and other such damages all in an amount to be proven at the time of trial. Plaintiff seeks pre-judgment interest, as allowed by law, from the time the damages were incurred until judgment is entered.

12. As a further direct and proximate result of Defendant Sirman's negligent breach and his negligent acts or omissions, Plaintiff has been forced to retain the undersigned counsel and incur attorney's fees and costs for which she should be reimbursed by the Defendants.

## SECOND CAUSE OF ACTION – IMPUTED NEGLIGENCE

(FBI)

13. Plaintiff incorporates by reference the preceding paragraphs as if set forth in full herein.

14. At all times relevant hereto, Defendant FBI was the owner of the vehicle that was operated by Defendant Sirman on December 15, 2015 in the course and scope of his employment for the FBI.

15. Defendant FBI, upon information and belief, gave Defendant Sirman permission and or instructions to operate their equipment at the time and place of the accident.

16. As the owners of the aforementioned vehicle, the FBI is responsible for all the negligent acts and/or omissions of Defendant Sirman, pursuant to the laws of the state of Idaho, including, but not limited to, Idaho Code § 49-654(1). Defendant Sirman breached Idaho Code § 49-654(1), and is negligent per se. Defendant Sirman's negligence per se is imputed to Defendant FBI, and, as a result, Defendant FBI is negligent per se.

17. As a direct and proximate result of Defendants' breach and negligent acts and/or omissions, Plaintiff has incurred general and special damages, including pain and suffering in an amount to be proven at trial; medical expenses in an amount to be proven at trial; and other such damages all in an amount to be proven at the time of trial. Plaintiff seeks pre-judgment interest, as allowed by law, from the time the damages were incurred until judgment is entered.

18. As a further direct and proximate result of Defendants' negligent breach and negligent acts or omissions, Plaintiff has been forced to retain the undersigned counsel and incur attorney's fees and costs for which she should be reimbursed by the Defendants.

**WHEREFORE,** Plaintiff Sharon Herridge prays for judgment against the Defendants, Lief Sirman and the Federal Bureau of Investigation as follows:

i. Past and future medical expenses;

ii. For attorney fees and costs incurred herein; and,

iii. For such other and further relief as the Court deems equitable and just; and,

DATED this 15 day of November, 2017.

                                        COOPER & LARSEN, CHARTERED

                                        By /s/ Reed W. Larsen
                                               REED W. LARSEN

# VERIFICATION

STATE OF IDAHO )
                      :ss
County of Bannock )

SHARON HERRIDGE, being first duly sworn, depose and state as follows:

That I am the Plaintiff herein; that I have read the foregoing document, know the contents thereof, and that the facts therein stated are true to the best of my knowledge and belief.

*Sharon Herridge*
SHARON HERRIDGE

SUBSCRIBED AND SWORN TO before me this 30th day of October, 2017.

(SEAL) JAMIE ANDERSON
NOTARY PUBLIC
STATE OF IDAHO

*Jamie Anderson*
NOTARY PUBLIC FOR IDAHO
Residing at: Pocatello
My Commission expires: 9/2023

**VERIFIED COMPLAINT - PAGE 6**